Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                Location : All MNCIS Sites - Case Search  Help

# REGISTER OF ACTIONS
### CASE NO. 27-CV-16-17753

| | |
|---|---|
| State of Minnesota, Minnesota Pollution Control Agency vs Volkswagen Aktiengesellschaft, d/b/a Volkswagen Group d/b/a Volkswagen AG, Volkswagen Group of America Inc, Audi AG, Porsche AG, d/b/a Porsche AG, Porsche Cars North America Inc et. al. | Case Type: Civil Other/Misc.<br>Date Filed: 12/08/2016<br>Location: - Hennepin Civil<br>Judicial Officer: Sipkins, Thomas M. |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | Audi AG | Pro Se |
| Defendant | Dr Ing h c F | Pro Se |
| Defendant | Porsche AG<br>   d/b/a Porsche AG | Pro Se |
| Defendant | Porsche AG | Pro Se |
| Defendant | Porsche Cars North America Inc | Pro Se |
| Defendant | Volkswagen AG | Pro Se |
| Defendant | Volkswagen Aktiengesellschaft<br>   d/b/a Volkswagen Group d/b/a Volkswagen AG | Pro Se |
| Defendant | Volkswagen Group | Pro Se |
| Defendant | Volkswagen Group of America Inc | Pro Se |
| Plaintiff | Minnesota Pollution Control Agency | KATHERINE T KELLY<br>*Retained*<br>651-757-1308(W) |
| Plaintiff | State of Minnesota | KATHERINE T KELLY<br>*Retained*<br>651-757-1308(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
12/08/2016  Civil Cover Sheet      Doc ID# 1
12/08/2016  Summons       Doc ID# 2
12/08/2016  Complaint-Civil       Doc ID# 3
12/08/2016  Notice of Case Filing       Doc ID# 4

**EXHIBIT B**

http://pa.courts.state.mn.us/CaseDetail.aspx?CaseID=1623889731                                         12/14/2016