| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| FOURTH JUDICIAL DISTRICT | COUNTY OF HENNEPIN |

-------------------------------------------------------------x
:
STATE OF MINNESOTA, by its Attorney :
General, Lori Swanson, and THE MINNESOTA :
POLLUTION CONTROL AGENCY, :
:
                  *Plaintiffs*, :
:
                  v. :    Case No. 27-CV-16-17753
:
VOLKSWAGEN AKTIENGESELLSCHAFT :
d/b/a VOLKSWAGEN GROUP and/ or :
VOLKSWAGEN AG; VOLKSWAGEN :
GROUP OF AMERICA, INC.; AUDI AG; DR. :
ING. H.C. F. PORSCHE AG d/b/a/ PORSCHE :
AG; and PORSCHE CARS NORTH :
AMERICA, INC., :
:
                  *Defendants.* :
:
:
-------------------------------------------------------------x

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, defendants Volkswagen Aktiengesellschaft d/b/a Volkswagen Group and/ or Volkswagen AG; Volkswagen Group of America, Inc.; Audi AG; Dr. Ing. h.c. F. Porsche AG d/b/a Porsche AG; and Porsche Cars North America, Inc. (collectively, "Defendants") hereby give notice that Defendants filed a Notice of Removal, on December 22, 2016, removing this action from the District Court for Hennepin County, Minnesota, Fourth Judicial District to the United States District Court for the District of Minnesota. A copy of the Notice of Removal filed with the District of Minnesota is annexed hereto.

No further action needs to be taken by this Court, unless and until this action is remanded to this Court.

-2-

Respectfully submitted,

/s/ *Mary E. Bolkcom*
Mary E. Bolkcom, Bar No. 9581
Mickey W. Greene, Bar No. 16740X
HANSON BOLKCOM LAW GROUP, LTD.
527 Marquette Ave., Ste. 2300
Minneapolis, MN 55402
Telephone: (612) 342-2880
Facsimile: (612) 342-2899

*Of Counsel*
Robert J. Giuffra, Jr.*
Sharon L. Nelles*
David M.J. Rein*
William B. Monahan*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Volkswagen Aktiengesellschaft d/b/a Volkswagen Group and/or Volkswagen AG*, *Volkswagen Group of America, Inc*., *and Audi AG*

* Application for admission *pro hac vice* forthcoming

/s/ *Sonya R. Braunschweig*
Sonya R. Braunschweig, Bar No. 290282
DLA Piper LLP (US)
80 South Eighth Street, Suite 2800
Minneapolis, Minnesota  55402
Telephone: 612.524.3000
Facsimile: 612.524.3001

*Of counsel*
Joseph A. Eisert*

KING & SPALDING LLP
1700 Pennsylvania Ave., NW Ste. 200
Washington, DC 20006
Telephone:  (202) 626-5522
Facsimile:  (202) 626-3737

*Attorneys for Defendants Dr. Ing. h.c.F. Porsche AG d/b/a Porsche AG and Porsche Cars North America, Inc.*

* Application for admission pro hac vice forthcoming

December 22, 2016.